UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

                         Plaintiffs,

        - v -

THREEONIX SUPPLY CORP., etal.,

                         Defendants.
-------------------------------------------------------------x

**SCHEDULING ORDER**

CV 11-3781 (KAM)(VVP)

       The Honorable Kiyo Matsumoto referred the plaintiffs' motions for a default judgment against the defendants Threeonix Supply Corp., Leica Supply Inc., Galasa Wholesale, Inc., New Step Services, Inc., Ropa, Inc., and Grigory Branfenbrener, to the undersigned. Determination of the motion will include a determination of the amount of damages, if any, to be awarded upon entry of a default judgement. Such a determination requires an inquest, which may be conducted solely upon written affidavits setting forth the factual basis for the damages to be awarded. The affidavits should be prepared by individuals with personal knowledge, and should include any relevant documentation. *Declarations or affidavits solely by the attorney of record will not suffice*. Accordingly, the court enters the following schedule for the service and filing of papers on plaintiffs' motions:

      1.      On or before March 6, 2012, the plaintiffs shall file, and serve on the defaulting defendants by regular mail, any further affidavits or papers the plaintiff may wish to submit in support of their motion. An affidavit of such service shall thereafter be filed with the clerk of court;

2,   On or before March 27, 2012, the defaulting defendants shall file, and serve on the plaintiffs, any opposition that the defaulting defendants may wish to submit to the plaintiffs' motions and request for damages;

3.   Any reply papers by the plaintiffs shall be served and filed no later that April 6, 2012;

4.   All parties shall file the papers promptly after service.

**Upon receipt of this order, the plaintiffs are directed to promptly serve a copy of this order on the defaulting defendants by certified mail, return receipt requested, and to file a certifications of such service in the record.**

                                          SO ORDERED:

                                        *Viktor V. Pohorelsky*
                                        VIKTOR V. POHORELSKY
                                        United States Magistrate Judge

Dated:   Brooklyn, New York
            February 14, 2012