P. STEPHANIE ESTEVEZ, ESQ.
LAW OFFICES OF TERESA M. SPINA
EMPLOYEES OF GOVERNMENT EMPLOYEES INSURANCE COMPANY
170 Froehlich Farm Blvd., Woodbury, New York 11797
516-496-5822
Writer's Direct Line: 516-714-7354

February 15, 2012

Hon. Victor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

Re: Government Employees Insurance Co. et al. vs Threeonix Supply Corp. et al.
Civil Court Docket No.: 11-CV-3781 (KAM)(VVP)

Your Honor:

    Upon receipt of the scheduling order set forth by this Court, entered and filed on February 14, 2012, it is respectfully requested that the Plaintiffs be permitted to withdraw the subject motions for default judgment without prejudice and with permission to refile before a date of the Court's determination for the purpose of effecting proper service of said motions upon the defendants.

    If the Court is inclined to grant such permission, the refiled motion will include a written affidavit prepared by an individual with personal knowledge setting forth the factual basis for the damages to be awarded.

    It is further respectfully suggested that – should this Court grant this request – the February 14, 2012 scheduling order be vacated and the Court permit Plaintiffs to refile the motions by April 1, 2012.

    Thank you for your consideration of this request.

Very truly yours,

P. Stephanie Estevez (PE3505)
Law Offices of Teresa M. Spina
170 Froehlich Farm Blvd.
Woodbury, N.Y. 11797
Telephone: 516-496-5822
Direct: 516-714-7354
Facsimile: 866-953-5356

All Counsel via ECF