# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
et al.,

                           Plaintiffs,

-against-

THREEONIX SUPPLY CORP., et al.,

                           Defendants.
-------------------------------------------------------------X

CLERK'S CERTIFICATE
OF DEFAULT
11-CV-3781 (KAM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV - 1 2011 ★
BROOKLYN OFFICE

      I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Ropa, Inc., has not filed an answer or otherwise moved with respect to the Complaint herein.

      The default of Defendant Ropa, Inc., is hereby noted pursuant to Rule 55(a) of the the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 1, 2011

DOUGLAS C. PALMER
Clerk of Court

by: _____
     Deputy Clerk