# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO., et al

                                Plaintiffs,

                                                                     Docket No.: CV 11-CV-3781

   -against-

THREEONIX SUPPLY CORP., et al

                                Defendants
-----------------------------------------------------------------X

## DECLARATION OF SUNIL KHANDPUR

I, Sunil Khandpur, being duly sworn, depose and say under penalty of perjury that:

1. I am employed by Government Employees Insurance Company, GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., (collectively known as "GEICO") as Manager of No-Fault Claims (PIP).

2. I have personal knowledge of the facts set forth in this declaration and would testify to them in a Court of law if called upon to do so.

3. I respectfully submit this declaration in support of GEICO's motion for default judgment against Defendant Ropa, Inc..("Ropa"), a wholesaler affiliated with Leica Supply, Inc. ("Leica")

4. GEICO requests a judgment on default against Ropa on its eighth cause of action for federal mail fraud in violation of 18 U.S.C. 1962(d) and on its eleventh causes of action for aiding and abetting.

5. In preparing this affidavit in support of plaintiff's motion for a default judgment I undertook the following tasks:

a. I requested that a GEICO systems analyst perform a run in GEICO's system showing the number of payments and amounts that GEICO issued based upon claims submitted by Leica,. The payment information contained in this spreadsheet was gleaned from GEICO's database by use of the provider tax identification number. Upon approval, GEICO generates and issues a check for payment by inputting specific information into its system. All the payments are organized in accordance with the tax identification number assigned to a particular provider. The information contained in GEICO's system is inputted, generated and maintained in its regular course of business.

6. Exhibit "1" to my declaration is a spreadsheet detailing the total amount of voluntary payments issued to Leica, by GEICO as a result of claims Leica submitted. According to Exhibit "1", GEICO issued a total payment in the amount of $48,906.76 to Leica, which GEICO is seeking to recover in this action against Defendant Leica. The nature of these payments is detailed in Exhibit "2" to my declaration.

I declare under penalty of perjury that the foregoing is true and accurate. Executed at Woodbury, New York on

March 30th, 2012

_____
Sunil Khandpur

DANUTA H. GAWEDA
Notary Public, State of New York
No. 01GA6170194
Qualified in Queens County
Commission Expires July 02, 20__15

# EXHIBIT C-1

| MASTER (HYPERLINK) | LEICA SUPPLY |
|---|---|
| Date updated | 3/9/2012 |
| Action Date | 8/4/2011 |
| Firm | SPINA |
| Venue | EASTERN DIST |
| Index | CV - 03781 |
| Treatment | DME |
| Basis of Complaint | |
| TIN | 743237399 |
| Amount Billed | $463,848.67 |
| First DOS billed | 11/11/2007 |
| Last DOS billed | 10/22/2009 |
| Total Paid | $ 79,457.68 |
| Voluntary Payments | $ 48,906.76 |
| Interest Payments | $ 7,674.85 |
| Litigation Payments | $ 22,876.07 |
| Expense Payments | $ - |
| Exposure | $ 392,065.84 |
| Number of Total Suits Pending | 133 |
| Number with Outside Counsel | 3 |
| Total Suit Ad Damnum Pending | $ 282,190.87 |
| Number of Arbs Pending | - |
| Total Arb Ad Damnum Pending | $ - |
| Total Litigation Ad Damnum | $ 282,190.87 |
| EXPOSURE LESS PENDING LIT = | $ 109,874.97 |

# EXHIBIT C-2

| PROVIDER | CLAIM_NUMBER | COMPANY_ACCOUNTING_ | DRAFT_NUMBER | TRANSACTION_AMOUNT | TAX_ID_NUMBER |
|---|---|---|---|---|---|
| LEICA SUPPLY | 0367910380101011 | GI | 7/30/2010 | 118202825 | 1714.06 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 9/2/2010 | 085282613 | 570 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 9/2/2010 | 085282611 | 379.06 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 9/10/2010 | 085320645 | 1299.2 | 74-3237399 |
| LEICA SUPPLY | 0330691680101018 | GI | 1/10/2008 | 082901181 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0307320140101033 | GI | 1/11/2008 | 101354100 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0307320140101033 | GI | 1/11/2008 | 101354101 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0307320140101033 | GI | 1/11/2008 | 101354102 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0329157080101019 | GI | 2/8/2008 | 082940400 | 514.22 | 74-3237399 |
| LEICA SUPPLY | 0121100390101018 | GG | 4/14/2008 | 083080210 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0326916430101018 | GG | 4/15/2008 | 083082753 | 380 | 74-3237399 |
| LEICA SUPPLY | 0314061810101025 | GG | 4/17/2008 | 083090710 | 658.22 | 74-3237399 |
| LEICA SUPPLY | 0121100990101018 | GG | 4/28/2008 | 083080210 | -1040 | 74-3237399 |
| LEICA SUPPLY | 0121100990101018 | GG | 4/28/2008 | 083106273 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0274705370101027 | GG | 5/5/2008 | 083115242 | 493.29 | 74-3237399 |
| LEICA SUPPLY | 0314061810101025 | GG | 5/13/2008 | 102636967 | 570 | 74-3237399 |
| LEICA SUPPLY | 0314061810101025 | GG | 5/13/2008 | 083090710 | -658.22 | 74-3237399 |
| LEICA SUPPLY | 0314061810101025 | GG | 5/13/2008 | 102636519 | 658.22 | 74-3237399 |
| LEICA SUPPLY | 0342759710101013 | GI | 5/13/2008 | 083140489 | 145 | 74-3237399 |
| LEICA SUPPLY | 0245147780101089 | GI | 6/9/2008 | 083222770 | 747.47 | 74-3237399 |
| LEICA SUPPLY | 0210803070101038 | GI | 6/16/2008 | 102974464 | 110 | 74-3237399 |
| LEICA SUPPLY | 0275084220101010 | GI | 6/16/2008 | 102968919 | 604.97 | 74-3237399 |
| LEICA SUPPLY | 0335872470101013 | GI | 6/19/2008 | 083239847 | 1040 | 74-3237399 |
| LEICA SUPPLY | 0326916430101018 | GG | 7/23/2008 | 083082753 | -380 | 74-3237399 |
| LEICA SUPPLY | 0326916430101018 | GG | 7/23/2008 | 103354954 | 380 | 74-3237399 |
| LEICA SUPPLY | 0245147780101089 | GI | 7/24/2008 | 083304914 | 1039.06 | 74-3237399 |
| LEICA SUPPLY | 0130060760101045 | GG | 10/21/2008 | 083525478 | 1039.06 | 74-3237399 |
| LEICA SUPPLY | 0124575450101011 | GG | 11/24/2008 | 083592636 | 110 | 74-3237399 |
| LEICA SUPPLY | 0338370120101027 | GI | 12/16/2008 | 083629079 | 1587.62 | 74-3237399 |
| LEICA SUPPLY | 0992687000101021 | GI | 12/18/2008 | 083631896 | 1414.08 | 74-3237399 |
| LEICA SUPPLY | 0307240600101010 | GI | 3/13/2009 | 084085856 | 1301.33 | 74-3237399 |
| LEICA SUPPLY | 0307240600101010 | GI | 3/13/2009 | 084085855 | 1141.33 | 74-3237399 |
| LEICA SUPPLY | 0307240600101010 | GI | 3/13/2009 | 084085853 | 926.43 | 74-3237399 |

| | | | | | |
|---|---|---|---|---|---|
| LEICA SUPPLY | 033347692010101029 | GI | 4/1/2009 | 084114491 | 1039.06 | 74-3237399 |
| LEICA SUPPLY | 030724060010101010 | GI | 4/9/2009 | 084127830 | 194.06 | 74-3237399 |
| LEICA SUPPLY | 030822980010101010 | GG | 4/10/2009 | 113126171 | 422 | 74-3237399 |
| LEICA SUPPLY | 030724060010101010 | GI | 4/16/2009 | 084137367 | 854.06 | 74-3237399 |
| LEICA SUPPLY | 030724060010101010 | GI | 4/22/2009 | 084214734 | 854.06 | 74-3237399 |
| LEICA SUPPLY | 034831295010101014 | GI | 4/23/2009 | 113258329 | 422 | 74-3237399 |
| LEICA SUPPLY | 034831295010101014 | GI | 4/23/2009 | 113258330 | 422 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 5/7/2009 | 083834795 | 66.81 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 5/12/2009 | 083840117 | 650.13 | 74-3237399 |
| LEICA SUPPLY | 017742971010101047 | GG | 5/19/2009 | 083850944 | 72.55 | 74-3237399 |
| LEICA SUPPLY | 033667142010101019 | GI | 6/24/2009 | 083908753 | 1227.45 | 74-3237399 |
| LEICA SUPPLY | 035126405010101010 | GI | 6/26/2009 | 113950892 | 379.06 | 74-3237399 |
| LEICA SUPPLY | 017885014010101027 | GI | 7/22/2009 | 114211971 | 611 | 74-3237399 |
| LEICA SUPPLY | 033667142010101019 | GI | 7/23/2009 | 083970911 | 194.06 | 74-3237399 |
| LEICA SUPPLY | 028258032010101025 | GI | 8/3/2009 | 083997492 | 874.94 | 74-3237399 |
| LEICA SUPPLY | 028437988010101014 | GI | 8/3/2009 | 114346246 | 40 | 74-3237399 |
| LEICA SUPPLY | 035585239010101017 | GI | 8/3/2009 | 114336912 | 1012.36 | 74-3237399 |
| LEICA SUPPLY | 033667142010101019 | GI | 8/7/2009 | 084006555 | 1144.06 | 74-3237399 |
| LEICA SUPPLY | 031260217010101014 | GG | 8/10/2009 | 084009928 | 18.75 | 74-3237399 |
| LEICA SUPPLY | 028437988010101014 | GI | 8/11/2009 | 084011364 | 72.55 | 74-3237399 |
| LEICA SUPPLY | 033667142010101019 | GI | 8/13/2009 | 084031481 | 950 | 74-3237399 |
| LEICA SUPPLY | 033667142010101019 | GI | 8/13/2009 | 084030891 | 640.94 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 8/19/2009 | 084286706 | 194.06 | 74-3237399 |
| LEICA SUPPLY | 026905300010101035 | GI | 8/20/2009 | 084288355 | 110 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 8/26/2009 | 084298686 | 570 | 74-3237399 |
| LEICA SUPPLY | 027154131010101048 | GI | 9/1/2009 | 114662727 | 185 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 9/1/2009 | 084307927 | 751.16 | 74-3237399 |
| LEICA SUPPLY | 030724060010101010 | GI | 9/2/2009 | 084310987 | 169.5 | 74-3237399 |
| LEICA SUPPLY | 028258032010101025 | GI | 9/3/2009 | 084312243 | 773.95 | 74-3237399 |
| LEICA SUPPLY | 030724060010101010 | GI | 9/3/2009 | 084312746 | 169.5 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 9/8/2009 | 084317047 | 1144.06 | 74-3237399 |
| LEICA SUPPLY | 035585239010101017 | GI | 9/11/2009 | 114759997 | 1144.06 | 74-3237399 |
| LEICA SUPPLY | 025606910010101043 | GG | 9/14/2009 | 084325257 | 246.59 | 74-3237399 |
| LEICA SUPPLY | 033885814010101027 | GI | 9/24/2009 | 084349289 | 660 | 74-3237399 |

| Customer | Invoice | Type | Date | Item | Amount | Account |
|---|---|---|---|---|---|---|
| LEICA SUPPLY | 0336671420101019 | GI | 9/29/2009 | 084356229 | 570 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 9/30/2009 | 084358003 | 75 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 10/6/2009 | 084369004 | 1067.45 | 74-3237399 |
| LEICA SUPPLY | 0307240601010.10 | GI | 10/8/2009 | 084137367 | -854.06 | 74-3237399 |
| LEICA SUPPLY | 0307240601010101010 | GI | 10/8/2009 | 115057605 | 854.06 | 74-3237399 |
| LEICA SUPPLY | 0336671420101019 | GI | 10/15/2009 | 084386342 | 427 | 74-3237399 |
| LEICA SUPPLY | 0336671420101019 | GI | 12/8/2009 | 084531216 | 1082.51 | 74-3237399 |
| LEICA SUPPLY | 0373574390101015 | GI | 2/22/2010 | 116504316 | 1247.36 | 74-3237399 |
| LEICA SUPPLY | 0367910380101011 | GI | 8/8/2010 | 118291249 | 3173.26 | 74-3237399 |