P. STEPHANIE ESTEVEZ, ESQ.
LAW OFFICES OF TERESA M. SPINA
EMPLOYEES OF GOVERNMENT EMPLOYEES INSURANCE COMPANY
170 Froehlich Farm Blvd., Woodbury, New York 11797
516-496-5822
Writer's Direct Line: 516-714-7354

May 15, 2012

Hon. Victor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

Re: Government Employees Insurance Co. et al. vs Threeonix Supply Corp. et al.
Civil Court Docket No.: 11-CV-3781 (KAM)(VVP)

Your Honor:

    This office represents Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.

    On April 3, 2012 and April 4, 2012, Motions for Default Judgment were filed with the Court against Defendants Pavel Illinsky (Document # 107) and Threeonix Supply Corp. (Document # 108), respectively.

    This letter is being sent to the Court to advise that there exists the potential for settlement of the claims as against these two defendants and that a decision on these two motions may not be necessary. Such settlement appears imminent. The Court will be notified once settlement is finalized, or, in the event that settlement cannot be reached, of that determination upon which we will request a decision.

    However, Plaintiffs respectfully request an expedited decision on the motions for Default Judgment filed with the Court against Defendants Grigory Branfenbtener (Document 106) and Leica Supply Inc. (including Declaratory relief, based upon the exhibits attached thereto, Document 109) as there are a number of trials pending in Civil Courts of the City of New York for which counsel seek reimbursement for no-fault benefits to which they are not entitled.

    Thank you for your consideration of this request.

Very truly yours,

P. Stephanie Estevez (PE3505)
Law Offices of Teresa M. Spina
170 Froehlich Farm Blvd.
Woodbury, N.Y. 11797
Telephone: 516-496-5822

Direct: 516-714-7354
Facsimile: 866-953-5356

All Counsel via ECF