P. STEPHANIE ESTEVEZ, ESQ.
LAW OFFICES OF TERESA M. SPINA
EMPLOYEES OF GOVERNMENT EMPLOYEES INSURANCE COMPANY
170 Froehlich Farm Blvd., Woodbury, New York 11797
516-496-5822
Writer's Direct Line: 516-714-7354

May 21, 2012

Hon. Victor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York

Re: Government Employees Insurance Co. et al. vs Threeonix Supply Corp. et al.
Civil Court Docket No.: 11-CV-3781 (KAM)(VVP)

Your Honor:

    This office represents Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.

    On May 15, 2012 this office filed a letter with the Court advising of a potential settlement between GEICO and Threeonix and Pavel Illinsky. This letter is being sent to the Court to advise that there has been a settlement of the claims as against these two defendants and a decision on these two default motions before the Court will not be necessary. Once the terms of the Settlement and Release agreement are fulfilled, GEICO will dismiss the complaint as against these defendants and include a copy of the Settlement and Release agreement.

    Two motions, however, are still before the Court against Defendants Grigory Branfenbrener (Document 106) and Leica Supply Inc. (including Declaratory relief, based upon the exhibits attached thereto, Document 109), for which GEICO has requested an expedited decision as there are a number of trials pending in Civil Courts of the City of New York for which counsel seek reimbursement for no-fault benefits to which they are not entitled. Thank you for your consideration of this request.

Very truly yours,

P. Stephanie Estevez (PE3505)
Law Offices of Teresa M. Spina
170 Froehlich Farm Blvd.
Woodbury, N.Y. 11797
Telephone: 516-496-5822
Direct: 516-714-7354
Facsimile: 866-953-5356

All Counsel via ECF

All Counsel via ECF

All Counsel via ECF

All Counsel via ECF